

# United States District Court
# Northern District of Illinois

In the Matter of

Heather Westcott

v.

Residential Plus Mtge Corp., et al

Case No. 08 C 419

Designated Magistrate Judge
Nan R. Nolan

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Robert W. Gettleman** to be related to **08 C 142** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Harry D. Leinenweber

Dated: April 25, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Harry D. Leinenweber**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: APR 2 9 2008

Finding of Relatedness (Rev. 9/99)